IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern P __ DIVISION

Jennifer Cromartie

_____

PLAINTIFF

v. Julia Tutwiler Prison for Women, Shanita Bozeman, Tracy Floyd, Brian Coleman, Brandon Thornton, Terrall Brown, ~~[illegible]~~ Lagreta McClain, Tremaine Baldwin, Napoleon Goodson, Deidra Wright, Sonja Rose

CASE ACTION NO. 2:19-CV-568-ECM-SMD

JURY DEMAND (MARK ONE)

(X) ☒ YES   ☐ NO

DEFENDANT

### EEOC COMPLAINT

1. Plaintiff resides at __6513 Tuscan Ct Montgomery Al 36117__

2. Defendant(s)' name(s) __Julia Tutwiler Prison for Women et. Al__

   Location of principal office(s) of the named defendant(s) __8966 US Hwy 231 N Wetumpka Al 36092__

   Nature of defendant(s)' business __employees of Julia Tutwiler Prison for Women__

   Approximate number of individuals employed by defendant(s) __11 (JC)__

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☐ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☒ Other acts as specified below: __Officer Bozeman was in possession of a loaded ALDOC firearm and threatened to harm me.__

5. Plaintiff is:
   A. ☑ Presently employed by the defendant.
   ___ Not presently employed by the defendant. The dates of employement were _____ Employment was terminated because:

   (1) NA Plaintiff was discharged.
   (2) NA Plaintiff was laid off.
   (3) NA Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. NA My race.
   B. NA My religion.
   C. NA My sex.
   D. NA My national origin.
   E. ☒ Other, as specified below: Retaliation

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) N/A

8. The alleged discrimination Retaliation occurred on or about December 18, 2018 - May(x) 2019

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:

   I have been employed as a Corrections Officer since 2010 and assigned to the Julia Tutwiler Womens Prison as a Correctional Sergeant. On or about December 18, 2018, I reported that another subordinate officer, Officer Bozeman, was in possession of a loaded AL DOC firearm and threatened to harm me. Once it was reported I began to be retaliated against in the form of unfavable job assignments, loss of overtime, Mandatory counseling (endorsed by Capt. Gooden) and a host of other unethical treatment and statements. I feel as though this was spearheaded by Warden Lagreta McClain after I identified her actions in a breach of contract by violating several ethical policies. Due to the actions of the parties involved iam not able to recieve my next level promotion due to the negative and malice investigation placed against me for inserting my right to sue.

10. The alleged illegal activity took place at Julia Tutwiler Prison for Women: 8966 US Hwy 231 N Wetumpka Al 36092

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about 05/13/2019.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on 05/23/2019.

12. I seek the following relief:

   A. ✓ Recovery of back pay.
   B. ___ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: 08/07/2019

Signature of Plaintiff: Quinius Cromartie

Address & Telephone Number of Plaintiff:
6513 Tuscan Ct
Montgomery AL 36117
334.354.1362