UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Pro Se Assistance Program

Jennifer Cromartie )
)
)
)
)
vs. )  CIVIL ACTION
Julia tutwiter prison ) 2:19-CV-568-ECM-SMD
for women et. al )
)

**INFORMATION OF THE PRO SE PARTY**
**For Participation in the Pro Se Assistance Program**

Please read and complete the information that follows:

I, Jennifer Cromartie, am the *pro se* plaintiff in this case and I understand that I can voluntarily participate in the Pro Se Assistance Program subject to approval by the Court or its designee. By submitting this form to the Clerk of Court, I am asking to participate in the program and requesting that someone with the program contact me using the following information:

FULL NAME: Jennifer Cromartie

ANY OTHER NAMES KNOWN BY:

ADDRESS: 6513 Tuscan Ct Montgomery AL 36117

PHONE NUMBER(S): 334.354.1362 (cell)
334.567.4369 (work)

| | |
|---|---|
| OTHER NUMBERS AT WHICH YOU MAY BE REACHED AND TO WHOM THEY BELONG: | 334.567.4369 (work) |
| PLACE OF EMPLOYMENT: | Julia Tutwiler prison for women |
| EMPLOYMENT ADDRESS: | 8966 US Hwy 231 N Wetumpka Al 36092 |
| HOURS YOU WORK: | 6am - 2pm |
| CAN YOU BE CONTACTED AT WORK? | X YES ___ NO |
| EMAIL ADDRESS (if any): | otaciacromartie@ymail.com |

*I understand that my participation in the Pro Se Assistance Program is subject to approval by the Court or its designee, and that such participation, or the program itself, may be terminated at any time in the Court's discretion.*

Signature: Jennifer Cromartie

Date: 08/07/2019

Return this completed Information sheet to the Clerk of Court at One Church Street, Montgomery, AL 36104, within 14 days from the date of receipt if you wish to be considered for the Pro Se Assistance Program. This Information Sheet will be provided to the Director and Coordinators of the Pro Se Assistance Program.