IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER CROMARTIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIV. ACT. NO. 2:19-cv-568-ECM ) |
| JULIA TUTWILER PRISON FOR WOMEN, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

For good cause, it is

ORDERED that, pursuant to 28 U.S.C. § 636, this case be and is hereby REFERRED to the United States Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 14th day of August, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE